AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE            DISTRICT OF            PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

v.                                                               CRIMINAL NUMBER: 98-013(7)(HL)

LUIS MIRANDA-GOMEZ

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

    We request that Rose Vega, Assistant United States Attorney, Criminal

Division be withdraw from the case for electronic notice purposes.

 

S/Evelyn Canals
Assistant United States Attorney
*USDC No.* 207701
*Torre Chardon, Suite 1201*
*350 Carlos Chardon Street*
*San Juan, Puerto Rico 00918*
*Tel: (787) 766-5656*
*Fax: (787)766-6222*
Email: *evelyn.canals@usdoj.gov*

*Dated:January 26, 2006*

**Notice of Appearance**
Page 2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

    At San Juan, Puerto Rico this 26th day of January, 2006

S/ *Evelyn Canals*
Attorney for Plaintiff