UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**　　＊
　　　　　　　　　　　　　　　　　＊
**Vs.**　　　　　　　　　　　　　＊　　98-CR-00013-007 (HL)
　　　　　　　　　　　　　　　　　＊
**MIRANDA-GOMEZ, LUIS F.**　　　＊
　　　　　　　　　　　　　　　　　＊
-------------------------------------------------＊

## ORDER

By the Order of the Honorable Héctor M. Laffitte, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office for suggested wording.

IT IS SO ORDERED.

San Juan, Puerto Rico, this March 9, 2006.

　　　　　　　　　　　　　　　　　　　　　　**FRANCES RIOS DE MORAN**
　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　　　By: Janis Palma
　　　　　　　　　　　　　　　　　　　　　　Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____