March 21, 2006

United States District Court
for the
District of Puerto Rico

U.S.A. vs.
Luis F. Miranda Gomez

CASE #
98-CR-00013-007-(HL)

To whom it might concern:

Motion to withdraw cash bail

To   Carmen Miranda

THANK you,

*[signature: Carmen Miranda]*

Phones
787 866021
787 568-6297 Cell

P.O. Box 2196
Guayama P.R.
00785